JS-4

FILED
CLERK, U.S. DISTRICT COURT
FEB 16 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit ; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>R. M. FISHER CONSTRUCTION, INC., a California corporation; RAY M. FISHER JR., also known as RAY MERRITT FISHER, JR., individually and doing business as R. M. FISHER CONSTRUCTION, INC. and as FISHER CONSTRUCTION; JEANETTE B. FISHER, individually and doing business as R. M. FISHER CONSTRUCTION, INC.; and PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation,<br><br>Defendants. | CASE NO. CV 10-2837 CBM(Ex)<br><br>**JUDGMENT** |

The matter before the Court is Plaintiffs' Motion for Summary Judgment. [Docket No. 38]. The Court, having considered the papers and arguments submitted, and good cause appearing, hereby ORDERS that Plaintiffs,

CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, shall have judgment against defendants RAY M. FISHER, JR., also known as RAY MERRITT FISHER, JR., individually and doing business as R. M. FISHER CONSTRUCTION, INC. and as FISHER CONSTRUCTION; JEANETTE B. FISHER, individually and doing business as R. M. FISHER CONSTRUCTION, INC. as follows:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $97,909.17 |
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to date of audits | $13,634.29 |
| 3. | Interest from date of audits to December 19, 2011 (accruing at $19.03 per day) | $15,262.39 |
| 4. | Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C) (double interest on contributions) | $28,896.68 |
| 5. | Audit Fees | $6,929.10 |
| 6. | Attorneys' fees pursuant to Local Rule 55-3 | $6,146.86 |
| | GRAND TOTAL | $168,778.49 |

7. Plus costs to be determined after entry of judgment.

8. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of 7% per annum.

**IT IS SO ORDERED.**

DATED: February 16, 2012

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE