Name, Address and Phone number of Attorney(s):
Garrison H. Davidson, Bar No. 157426
DeCARLO, CONNOR & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Phone: 213-488-4100 & Fax: 213-488-4180

FILED
CLERK, U.S. DISTRICT COURT
MAR 22 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION; etc., et al.,<br><br>         Plaintiff(s)<br>v.<br><br>RAY M. FISHER CONSTRUCTION, INC., a California corporation; RAY M. FISHER JR., etc., et al.,<br><br>         Defendant(s) | CASE NUMBER<br><br>CV10-2837 CBM(Ex)<br><br>ORDER TO APPEAR FOR EXAMINATION RE:<br><br>☒ ENFORCEMENT OF JUDGMENT<br>☐ ATTACHMENT(Third Person)<br><br>☒ Judgment Debtor  ☐ Third Person |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgment/Attachment, hereby **ORDERS** the Application ☒ **GRANTED**  ☐ **DENIED.**

TO:  Jeanette B. Fisher, individually and doing business as R. M. Fisher Construction, Inc.
    (Name of person to Appear)

**YOU ARE ORDERED TO APPEAR** personally before the Honorable Charles F. Eick, to:

  ☒ furnish information to aid in enforcement of a money judgment against you.
  ☐ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
  ☐ answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.

| |
|---|
| **Date of appearance:** April 27, 2012   **Courtroom:**  20  **Time:** 9:30 a.m.<br>**Location of Appearance:**  ☒ Spring Street Courthouse, 312 N. Spring Street, Los Angeles, CA<br>            ☐ Roybal Courthouse, 255 E. Temple, Los Angeles, CA<br>            ☐ Santa Ana Courthouse, 411 W. Fourth Street, Santa Ana, CA<br>            ☐ Riverside Courthouse, 3470 Twelfth Street, Riverside, CA |

This Order may be served by a Marshal, sheriff, registered process server, **or** the following, specially appointed person: _____
    (Name of appointed process server)

Date:  3/22/12

                                   U.S. District Judge/U.S. Magistrate Judge

U.S. District Judge/U.S. Magistrate Judge

### APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

NOTICE TO JUDGMENT DEBTOR: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

### APPEARANCE OF A THIRD PERSON (ENFORCEMENT OF JUDGMENT)

(1) NOTICE TO PERSON SERVED: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

(2) NOTICE TO JUDGMENT DEBTOR: The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows: *(Clearly describe the property or debt. Print or type the description. Use an additional sheet of paper, if necessary.)*

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you MUST file your exemption claim *in writing* with the court and have a copy personally served on the judgment creditor not later than three (3) days before the date set for the examination.

You MUST appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

### APPEARANCE OF A THIRD PERSON (ATTACHMENT)

NOTICE TO PERSON SERVED: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

### APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.