1  CASEY JENSEN, Bar No. 263593
   cjensen@deconsel.com
2  DeCARLO & SHANLEY,
   a Professional Corporation
3  533 S. Fremont Avenue, Ninth Floor
   Los Angeles, California 90071-1706
4  Telephone: (213) 488-4100
   Telecopier: (213) 488-4180
5
   ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
6  ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
   FOR THE CARPENTERS SOUTHWEST TRUSTS
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   WESTERN DIVISION

11

12 CARPENTERS SOUTHWEST              ) CASE NO. CV 10-2837 CBM(Ex)
   ADMINISTRATIVE CORPORATION,       )
13 a California non-profit corporation; and )
   BOARD OF TRUSTEES FOR THE         ) [~~PROPOSED~~] RENEWAL OF
14 CARPENTERS SOUTHWEST TRUSTS,      ) JUDGMENT BY CLERK
                                     )
15              Plaintiffs,          )
                                     )
16 v.                                )
                                     )
17 R. M. FISHER CONSTRUCTION, INC.,  )
   a California corporation; RAY M. FISHER, )
18 JR., also known as RAY MERRITT    )
   FISHER, JR., individually and doing )
19 business as R. M. FISHER          )
   CONSTRUCTION, INC. and as FISHER  )
20 CONSTRUCTION; JEANETTE B.         )
   FISHER, individually and doing business )
21 as R. M. FISHER CONSTRUCTION,     )
   INC.; and PLATTE RIVER INSURANCE  )
22 COMPANY, a Nebraska corporation,  )
                                     )
23              Defendants.          )
   _____ )
24

25

26     The judgment debtors, RAY M. FISHER, JR., also known as RAY

27 MERRITT FISHER, JR., individually and doing business as R. M. FISHER

28 CONSTRUCTION, INC. and as FISHER CONSTRUCTION; JEANETTE B.

FISHER, individually and doing business as R. M. FISHER CONSTRUCTION, INC., ("DEFENDANTS") having judgment entered against them on February 16, 2012.

NOW, upon application of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, ("CARPENTERS TRUSTS"), and upon declaration that DEFENDANTS have failed to pay the total amount of said judgment; and that DEFENDANTS are indebted to CARPENTERS TRUSTS.

That judgment against DEFENDANTS be renewed in the amount of $171,016.85 and that CARPENTERS TRUSTS recover as follows:

Judgment as entered:

| | | | | |
|---|---|---|---|---:|
| | a. | Principal | $ | 104.838.27 |
| | b. | Judgment interest | $ | 57,793.36 |
| | c. | Costs | $ | 0.00 |
| | d. | Attorney Fees pursuant to Local Rule 14.12 | $ | 6,146.86 |
| Subtotal (Judgment as entered) | | | $ | 168,778.49 |
| | a. | Total Judgment | $ | 168,778.49 |
| | b. | Credit received | $ | 0.00 |
| | c. | Interest after judgment computed from February 16, 2012 through December 1, 2020 at 0.15% ($0.71 per day) | $ | 2,238.36 |
| | d. | Subtotal . | $ | 171,016.85 |
| | e. | Costs after judgment | $ | 0.00 |

////

////

```
 1  Total Renewed Judgment ................................................................. $ 171,016.85
 2
 3  DATED: 12/3/20                          /s/ Yvette Louis
 4                                          DEPUTY CLERK
                                            UNITED STATES DISTRICT COURT
 5  Presented by:
 6  DeCARLO & SHANLEY,
    A Professional Corporation
 7
 8
 9  BY: /s/ Casey Jensen
        CASEY JENSEN
10  Attorneys For Judgment Creditors,
    Carpenters Southwest Administrative
11  Corporation and Board of Trustees
    For the Carpenters Southwest Trusts
12
13
14      KIRY K. GRAY, CLERK OF COURT
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

3